

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
TTY: (800)-669-6820
District Office: (212) 336-3721
General FAX: (212) 336-3625

Sebastian Riccardi
Trial Attorney
Phone (929) 506-5340
Fax (212) 336-3623
Email:sebastian.riccardi@eeoc.gov

September 27, 2022

**VIA ECF**

Honorable Jose R. Almonte, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      RE    *U.S. Equal Employment Opportunity Commission v. United Airlines, et al*, 2:20-cv-9110-KM-JRA

Dear Judge Almonte,

    Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") submits this letter on behalf of all parties pursuant to this Court's order directing the parties to update it regarding the outcome of their settlement efforts. Dkt. No. 85. The parties have reached agreement on one of the two issues that remained outstanding at the September 13, 2022, conference and are still working on resolving the other one. The Parties request a control date of October 7, 2022 to update the Court regarding whether they have reached a settlement in principle.

                          Sincerely

                          Sebastian Riccardi
                          Trial Attorney

cc:    All counsel (via ECF)